IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUDMYLA SKORYCHENKO,

    Plaintiff,

v.

DIANE SENNHOLZ,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-545-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case.

_Peter Oppeneer_      1/12/10

Peter Oppeneer, Clerk of Court      Date